JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN D. GEE, Acting Regional Director of Region 31 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, LLC,<br><br>    Respondent. | Case No. CV 16-3276-GW(RAOx)<br><br>ORDER OF DISMISSAL |

THE COURT ORDERS that, pursuant to the settlement reached by the parties, this action be, and hereby is, dismissed with prejudice. The status conference set for November 28, 2016, is taken off-calendar and the order to show cause issued on November 17, 2016, is deemed satisfied.

Dated: November 23, 2016

*George H. Wu*

HON. GEORGE H. WU
United States District Judge